IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TONY GOODMAN,

   Plaintiff,

    v.

THE ROBERT A. DEYTON
DETENTION FACILITY, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:15-CV-1468-TWT

**ORDER**

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending dismissing the action without prejudice under 28 U. S. C. § 1915(g) and for abuse of the judicial process. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 26 day of May, 2015.

                /s/Thomas W. Thrash
                THOMAS W. THRASH, JR.
                United States District Judge